930

No. 519. IN RE BRICKER. Ct. App. N. Y. Certiorari denied. *Melvin L. Wulf* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Daniel M. Cohen,* Assistant Attorney General, for the Committee on Character and Fitness in opposition.

No. 196. ECKERSTROM *v.* FIELD, MEN'S COLONY SUPERINTENDENT, ET AL. Sup. Ct. Cal. Motion to dispense with printing the petition granted. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondents.

No. 292. FULLER *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Robert G. Brockmann* and *Fletcher Jackson* for petitioner. *Joe Purcell,* Attorney General of Arkansas, and *Don Langston,* Deputy Attorney General, for respondent. ▮

No. 522. SPILLMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Philip M. Haggerty* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States. ▮

No. 138, Misc. MITCHELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States. ▮